**Order entered December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01459-CV

### STEVEN E. LAU, TRUSTEE OF THE STEVEN E. LAU TRUST, STEVEN E. LAU, INDIVIDUALLY, AND KEN MORRIS, Appellants

### V.

### JAMES REEDER AND EDDIE CORBITT, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. 98-00869-D**

## ORDER

This appeal involves the same parties and stems from the same underlying cause as appellate cause number 05-00-01020-CV, which was an appeal from a summary judgment. By order entered December 3, 2014, we granted appellants' motion to transfer the reporter's and clerk's records from the prior appeal into this cause number. Those records, however, cannot be located. Accordingly, we **ORDER** appellants to file, no later than January 5, 2015, either written verification that they (1) have filed requests with the trial court clerk and court reporter specifying items from the earlier summary judgment they wish to have included in a supplemental record, or, (2) no longer desire items from the earlier summary judgment to be made a part of this appeal.

/s/     CRAIG STODDART
JUSTICE